UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH J. KING     PLAINTIFF
#0035377

V.     No. 3:22-CV-206-DPM-JTR

ROBERT CASE, Jail Administrator,
Greene County Detention Center, *et al.*     DEFENDANTS

## ORDER

On June 20, 2023, mail sent to Plaintiff Noah J. King ("King") at his address of record, the Greene County Detention Facility, was returned as undeliverable with the notation "Not Here." *Doc. 8*. King has not provided the Court with a change of address. The Court has previously notified King of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3 at 1*.

IT IS THEREFORE ORDERED THAT:

1. If King wishes to continue pursuing this lawsuit, he must file a notice of his current mailing address by **July 21, 2023**.

2. If King does not timely and properly comply with this Order, this case may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED, this 21st day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE