IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH J. KING                                                                                         PLAINTIFF
#0035377

v.                                   No. 3:22-cv-206-DPM

ROBERT CASE, Jail Administrator,
Greene County Detention Center;
BAILEY BURNS, Day Nurse, TurnKey
Medical, Greene County Detention
Center;  BRIANNA FOSTER, Head
Nurse, TurnKey Medical, Greene
County Detention Center;  FELISHA
ROWLAND, Lt., Greene County
Detention Center;  DANE BARNUM,
Head CO, Greene County Detention
Center;  and JAMIE LOYDE, Sgt.,
Greene County Detention Center                                               DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. King has not updated his address with the Clerk;  and the time to do so has passed.  *Doc. 9*.  His complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

- 2 -

So Ordered.

*[signature: DP Marshall Jr.]*

D.P. Marshall Jr.
United States District Judge

27 July 2023