IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH J. KING                                                                                                PLAINTIFF
#0035377

v.                                         No. 3:22-cv-206-DPM

ROBERT CASE, Jail Administrator,
Greene County Detention Center;
BAILEY BURNS, Day Nurse, TurnKey
Medical, Greene County Detention
Center; BRIANNA FOSTER, Head
Nurse, TurnKey Medical, Greene
County Detention Center; FELISHA
ROWLAND, Lt., Greene County
Detention Center; DANE BARNUM,
Head CO, Greene County Detention
Center; and JAMIE LOYDE, Sgt.,
Greene County Detention Center                                                                   DEFENDANTS

## JUDGMENT

King's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_27 July 2023_